IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GO TO TRUCKERS, INC., | |
| Plaintiff, | Case No. 20-cv-1596 |
| v. | Judge Kness |
| 2000PLUS GROUPS, INC., doing business as CRESCENT FOODS, | Magistrate Judge Kim |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, GO TO TRUCKERS, INC. ("GTT"), hereby provides notice of dismissal of this Action. This Notice is pursuant to stipulation and a settlement agreement made by and between the parties, GTT and Defendant, 2000PLUS GROUPS, INC ("2000PLUS"). In support, GTT states as follows:

1. GTT filed this action on or about March 4, 2020, for breach of contract and account stated.

2. GTT and 2000PLUS have reach a settlement in this case.

3. All parties who have appeared have signed the attached Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. No party has filed a motion for summary judgment in this case.

5. Each party is to bear their own costs.

WHEREFORE Plaintiff, GO TO TRUCKERS, INC., voluntarily dismisses this Action, in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2

Dated: October 6, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Charles F. Morrissey_____
　　　　　　　　　　　　　　　　　　　　　　　Charles F. Morrissey
　　　　　　　　　　　　　　　　　　　　　　　Cassie R. S. Stockert
　　　　　　　　　　　　　　　　　　　　　　　MORRISSEY & DONAHUE, LLC
　　　　　　　　　　　　　　　　　　　　　　　200 E. Randolph St., Ste. 5100
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　(312) 967-1200
　　　　　　　　　　　　　　　　　　　　　　　cfm@morrisseydonahue.com
　　　　　　　　　　　　　　　　　　　　　　　crss@morrisseydonahue.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GO TO TRUCKERS, INC., | |
| Plaintiff, | Case No. 20-cv-1596 |
| v. | Judge Kness |
| 2000PLUS GROUPS, INC., doing business as CRESCENT FOODS, | Magistrate Judge Kim |
| Defendant. | |

## JOINT STIPULATION TO DISMISS

Plaintiff, GO TO TRUCKERS, INC., and Defendant, 2000PLUS GROUPS, INC., through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, and in accordance with Rule 41(a)(1)(A(ii) of the Federal Rule of Civil Procedure, each party to bear its own costs.

Dated: October 6, 2020

Respectfully submitted,

By: \_\_\_\_/s/ Charles F. Morrissey_____
Charles F. Morrissey
Cassie R. S. Stockert
MORRISSEY & DONAHUE, LLC
200 E. Randolph St., Ste. 5100
Chicago, Illinois 60601
(312) 967-1200

*Attorneys for Plaintiff, Go To Truckers, Inc.*

By: \_\_\_\_/s/ Edward Abramson_____
Edward Abramson
Steve Jakubowski
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle St., Ste. 3300
Chicago, Illinois 60601

*Attorneys for Defendant, 2000Plud Groups, Inc. d/b/a Crescent Foods*